

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-28-2010

# Modesto Cruz v. Comm Social Security

Precedential or Non-Precedential: Precedential

Docket No. 10-1494

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Modesto Cruz v. Comm Social Security" (2010). *2010 Decisions*. Paper 3.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/3

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 19, 2010

No. 10-1494

Modesto Cruz,
                              Appellant

v.

Commissioner of Social Security

(E.D. Pa. No. 2-08-cv-00204)

Present:  SCIRICA, RENDELL and FISHER, Circuit Judges

Motion by Appellee Commissioner of Social Security to Publish Non-Precedential Opinion filed October 22, 2010.

Respectfully,

Clerk/par

_____ORDER_____

The foregoing motion is granted.

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated:  December 28, 2010
par/cc:  R.S., Esq.
          L.R.K., Esq.